

# UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

beverly-ann :jones-young, Nameholder of fictitious Name BEVERLY ANN YOUNG STATE OF MISSOURI REGISTRATION NUMBER X001319462

        Plaintiff

    v.

WELLS FARGO BANK, N.A. AND JAMES R. SHREWSBERRY; ANSELMO LINDBERG & ASSOCIATE LLC; GOVERNMENT NATIONAL MORTGAGE ASSOCIATION AS TRUSTEE FOR SECURITIZED TRUST GINNIE MAE REMIC TRUST 2012-129; MORTGAGE ELECTRONIC REGISTRATION SYSTEM AKA "MERS"

        Defendants.

18cv3945
Judge Charles R. Norgle,
Magistrate Judge Sidney I. Schenkier

## **APPEARANCE**

An appearance is hereby filed by the undersigned as a pro se litigant:

    beverly-ann :jones-young
    c/o 1905 E. 172nd Street
    South Holland, Illinois [60473]
    708 560-3698

_beverly-ann :jones-young_
**Autograph**

_June 6, 2018_
**Executed on (date)**

# FILED

EC JUN 06 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT